UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ANDREW GROSS, III,                  )
                                    )
            Plaintiff,              )
                                    )
        v.                          )   Civil Action No. 10-0194 (PLF)
                                    )
ERIC HOLDER, JR., *et al.*,         )
                                    )
            Defendants.             )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion for a temporary restraining order and for a preliminary injunction [Dkt. #6] is DENIED; it is further

ORDERED that defendants motion for reconsideration of the order granting plaintiff *in forma pauperis* status [Dkt. #10] is GRANTED; it is

FURTHER ORDERED that the order granting plaintiff's motion for leave to proceed *in forma pauperis* [Dkt. #4] is VACATED and plaintiff's *in forma pauperis* status is REVOKED; and it is

FURTHER ORDERED that all proceedings in this civil action are STAYED for 30 days after the date of this Order. Within this 30-day period, plaintiff shall pay in full to the Clerk of Court the $350 filing fee. If plaintiff fails to make such payment timely, the Court will dismiss this civil action without prejudice.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: June 1, 2010        United States District Judge